**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-6617

———————

MICHAEL ALLEN KOKOSKI,

Plaintiff - Appellant,

versus

CHARLES T. FELTS, Warden,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Robert  C.  Chambers, District Judge.  (5:06-cv-00763)

———————

Submitted:  July 23, 2007          Decided:  August 17, 2007

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Allen Kokoski, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Allen Kokoski, a federal prisoner, appeals the district court's order and judgment accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2007) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] <u>Kokoski v. Felts</u>, No. 5:06-cv-00763 (S.D.W. Va. Apr. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Insofar as Kokoski seeks authorization to file a second or successive 28 U.S.C. § 2255 (2000) motion, we deny relief.